FILED

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0734



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 – 0734

VICTORIA DESCHAMPS,

    Petitioner,

v.

MONTANA TWENTY-FIRST JUDICIAL
DISTRICT COURT, RAVALLI COUNTY,
HONORABLE HOWARD F. RECHT,
PRESIDING JUDGE,

    Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED: December 20, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court